9NITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>C&S WASTE SOLUTIONS OF CALIFORNIA, INC., et al.,<br><br>Defendants. | Case No. 16-cv-07112-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, August 14, 2017 at 2:00 p.m. |
| REFERRED TO FOR PRIVATE MEDIATION TO BE COMPLETED BY: | May 30, 2017 |
| NON-EXPERT DISCOVERY CUTOFF: | September 29, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: September 1, 2017<br>Rebuttal: September 13, 2017 |
| EXPERT DISCOVERY CUTOFF: | September 29, 2017 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | December 19, 2017 [filed by 11/14/17] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, February 16, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | February 23, 2018 |
| PRETRIAL CONFERENCE: | Friday, March 9, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, March 26, 2018 at 8:30 a.m. for 5 days<br>(Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, February 16, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 7, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge